v.

**The STATE of Texas, Appellee.**

No. 28439.

Court of Criminal Appeals of Texas.

June 27, 1956.

**Eldridge F. McCORMICK, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 28437.

Court of Criminal Appeals of Texas.

June 27, 1956.

No attorney for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

## PER CURIAM.

The offense is the unlawful transporting of alcoholic beverages; the punishment, a fine of $300.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed, and no motion for rehearing will be entertained in this case.